**FILED**

JUL 24 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

23-CR-411
Judge Wood
Magistrate Judge McShain
CAT3
RANDOM

| UNITED STATES OF AMERICA | Violations: Title 21, United States Code, Section 843(a)(3), and Title 18, United States Code, Section 2 |
|---|---|
| v. | |
| HARRY PRZEKOP | |

## COUNT ONE

The SPECIAL MAY 2022 GRAND JURY charges:

On or about December 13, 2021, at Batavia, in the Northern District of Illinois, Eastern Division,

HARRY PRZEKOP,

defendant herein, did knowingly and intentionally obtain and acquire possession of a controlled substance, namely a quantity of a mixture and substance containing a detectable amount of codeine, a Schedule II Controlled Substance, by misrepresentation, fraud, forgery, deception, and subterfuge;

In violation of Title 21, United States Code, Section 843(a)(3) and Title 18, United States Code, Section 2.

1

## COUNT TWO

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about December 30, 2021, at Batavia, in the Northern District of Illinois, Eastern Division,

HARRY PRZEKOP,

defendant herein, did knowingly and intentionally obtain and acquire possession of a controlled substance, namely a quantity of a mixture and substance containing a detectable amount of hydrocodone, a Schedule II Controlled Substance, by misrepresentation, fraud, forgery, deception, and subterfuge;

In violation of Title 21, United States Code, Section 843(a)(3) and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about January 30, 2022, at Batavia, in the Northern District of Illinois, Eastern Division,

HARRY PRZEKOP,

defendant herein, did knowingly and intentionally obtain and acquire possession of a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of hydrocodone, a Schedule II Controlled Substance, by misrepresentation, fraud, forgery, deception, and subterfuge;

In violation of Title 21, United States Code, Section 843(a)(3) and Title 18, United States Code, Section 2.

## COUNT FOUR

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about February 22, 2022, at North Aurora, in the Northern District of Illinois, Eastern Division,

HARRY PRZEKOP,

defendant herein, did knowingly and intentionally obtain and acquire possession of a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of hydrocodone, a Schedule II Controlled Substance, by misrepresentation, fraud, forgery, deception, and subterfuge;

In violation of Title 21, United States Code, Section 843(a)(3) and Title 18, United States Code, Section 2.

## COUNT FIVE

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about June 5, 2022, at North Aurora, in the Northern District of Illinois, Eastern Division,

HARRY PRZEKOP,

defendant herein, did knowingly and intentionally obtain and acquire possession of a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of hydrocodone, a Schedule II Controlled Substance, by misrepresentation, fraud, forgery, deception, and subterfuge;

In violation of Title 21, United States Code, Section 843(a)(3) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf
of the Acting UNITED STATES ATTORNEY